IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SANWAN TINELLE SUMMERS, AIS 216735, | : | |
| | : | |
| Petitioner, | | |
| | : | |
| vs. | | CA 08-0273-KD-C |
| | : | |
| KENNETH JONES, | | |
| | : | |
| Respondent. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made[1], the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 14, 2008, is **ADOPTED, with the following amendments**, as the opinion of this Court.

Page 19 paragraph 7, sentence 1 is amended to read as follows:

It is clear to the undersigned that Summers has procedurally defaulted all claims raised by petitioner.

Page 19 - footnote 4 is STRICKEN

Page 20 is amended to ADD the following language at the end of paragraph 7:

---

[1] Respondent does not object the ultimate conclusion reached by the Magistrate Judge, but, rather, seeks a modification of certain conclusions contained in the Report and Recommendation. (See doc. 15)

1

As to the jury instruction claim, the petitioner failed to meet Alabama's procedural rule that this issue be presented pre-trial.  Moreover, this was the alternative basis on which the jury instruction claim was denied by the Alabama Court of Criminal Appeals.

<u>Pages 22-28</u>:  Section B is STRICKEN in its entirety.

**DONE** this 9<u>th</u> day of September, 2008.

                                                       <u>/s/ Kristi K. DuBose</u>
                                                      **KRISTI K. DuBOSE**
                                                      **UNITED STATES DISTRICT JUDGE**